JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN S. O'LEARY,<br><br>Defendant. | NO. CR12-298 RSL<br><br>(proposed) ORDER ON MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM EXHIBIT B |

THIS MATTER having come before the Court on motion of counsel for the defendant, and the Court finding good cause to allow Exhibit B of Defendant's Sentencing Memorandum to be filed under seal,

IT IS HEREBY ORDERED that defendant's Exhibit B of Defendant's Sentencing Memorandum shall be filed under seal.

DATED this 3rd day of May, 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Peter Avenia*
Peter Avenia, WSBA No. 20794
s/ *Corey Endo*
Corey Endo, WSBA No. 34270
Attorneys for Kevin O'Leary
Assistant Federal Public Defender
Corey_Endo@fd.org
Peter_Avenia@fd.org

12-CR-00298-LTR

ORDER ON MOTION SEAL - 1
(*Kevin O'Leary*; CR12-298 RSL)